**WILL FERGUSON & ASSOCIATES**
Albert N. Thiel, Jr.
(al@fergusonlaw.com)
1720 Louisiana Blvd., NE, Suite 100
Albuquerque, NM 87110
Tel:  (505) 243-5566
Fax: (505) 243-5699

*Attorneys for Plaintiff*

**HOLLINGSWORTH**LLP
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *Jack Graves v. Monsanto Company*, Case No. 3:20-cv-01022-VC | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, both parties (Plaintiff Jack Graves and Defendant Monsanto Company), by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear his or its own attorneys' fees and costs.

DATED: March 15, 2022                     Respectfully submitted,

*/s/ Albert N. Thiel, Jr.*
Albert N. Thiel, Jr.
(al@fergusonlaw.com)
WILL FERGUSON & ASSOCIATES
1720 Louisiana Blvd., NE, Suite 100
Albuquerque, NM 87110
Tel:  (505) 243-5566
Fax: (505) 243-5699

*Attorneys for Plaintiff*

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639

*Attorneys for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH LLP

*Attorneys for Defendant Monsanto Company*